UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMIA SHYMANSKY,<br><br>                              Plaintiff,<br><br>          -against-<br><br>  STATE OF NEW YORK, et al.,<br><br>                              Defendants. | **ORDER**<br><br>**26-CV-152 (PAE) (KHP)** |

**KATHARINE H. PARKER, United States Magistrate Judge.**

This case is closed as of January 23, 2026.  Therefore, any party's filings in this case will be disregarded and all motions are denied as moot without prejudice to the same motion being made in the active case, Docket Number 25-cv-10850.  Any filing in this case should be filed in that case, otherwise they will not be considered.

**The Clerk of Court is directed to terminate all open motions in this case.**

Dated: New York, New York
       March 27, 2026

                              SO ORDERED.

                              _____
                              KATHARINE H. PARKER
                              United States Magistrate Judge